IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Virgin Enterprises Limited, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Virginic LLC, Virginic Labs LLC, )<br>Virginic PL Sp. z o.o., Paramount Labs )<br>77 LLC, and Berenika Maciejewicz, )<br>)<br>Defendants. ) | Case No. 2:19-cv-220-NDF |

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER having come before the Court on the *Motion to Withdraw* and the Court having reviewed the Motion, and good cause being shown:

IT IS HEREBY ORDERED that the withdrawal of Clyde Hutchins, Melissa Theriault, and Harmony Law, LLC, as attorneys of record for Defendants Virginic LLC, Virginic Labs LLC, and Paramount Labs 77 LLC is hereby approved with immediate effect.

DATED this _____ day of _____, 2020.

_____
United States District Court
Judge/Magistrate